# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEANETTE ALLEN, as Mother and Next Friend of WILLIE ALLEN, a Minor,**

      **Plaintiffs,**

v.                                     **CIVIL ACTION NO. 03-CV-200-DRH**

**CURASCRIPT PHARMACY, INC.,**
**GENENTECH, INC.,**
**MEDIQ/PRN LIFE SUPPORT**
**SERVICES, INC.,**
**DIVERSIFIED TRADING, INC.,**
**CRYSTAL COAST, INC.,**
**LIFEXTENSION INSTITUTE, INC.,**
**and ARNESTO SEGREDO,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motion for Default Judgment against Crystal Coast, Inc.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Default judgment is entered in favor of Plaintiff and against Defendant **CRYSTAL COAST** in the amount of $250,000.00 compensatory damages and $1,000,000.00 punitive damages.

**IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the Stipulation of Dismissal that Defendants **GENENTECH, INC., CURASCRIPT PHARMACY, INC., MEDIQ/PRN LIFE SUPPORT SERVICES, INC**., and **DIVERSIFIED INTERNATIONAL, INC**., are dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's Motion to Dismiss as to **LIFEXTENSION INSTITUTION, INC**. and **ARNESTO SEGREDO** is **GRANTED**.

**NORBERT G. JAWORSKI, CLERK**

May 23, 2007              BY:   /s/Patricia Brown
                                              Deputy Clerk

APPROVED:/s/     David   RHerndon
              **U.S. DISTRICT JUDGE**